Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  GLORIA ONTIVEROS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| GLORIA ONTIVEROS, | ) Case No.: 1:14-CV-01006-SMS |
| Plaintiff, | ) |
| vs. | ) STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER THEREON |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE SANDRA M, SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Gloria Ontiveros ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to May 21, 2015; and that Defendant shall have until June 19, 2015, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due July 6, 2015.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 24, 2015   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff JESSICA R. CLINGENPEEL

DATED: March 24, 2015   BENJAMIN WAGNER
United States Attorney

*/s/ Francesco Benavides*
Francesco Benavides
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including May 21, 2015, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to June 19, 2015 to file her opposition, if any is forthcoming. Any reply by plaintiff will be due July 6, 2015.

IT IS SO ORDERED.

DATE: 3/25/2015   /s/ SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE